UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMY W. HILL, | ) |
| | ) CASE NO. C05-0848-RSL |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER DISMISSING § 2254 |
| DOUG WADDINGTON, | ) PETITION |
| | ) |
| Respondent. | ) |
| _____ | ) |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #5) is summarily DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

(3) The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 11th day of July, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1